## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 20-102 consolidated with 20-387

**TABITHA WROTEN, GUARDIAN FOR MARTHA DEEN**

**VERSUS**

**FERRIDAY AUTO VENTURES, LLC D/B/A
LAKESIDE FORD**

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 51433
HONORABLE KATHY JOHNSON, DISTRICT JUDGE

**********

**SHANNON J. GREMILLION
JUDGE**

**********

Court composed of Shannon J. Gremillion, Van H. Kyzar, and Jonathan W. Perry, Judges.

**REVERSED.**

**Charles S. Norris, Jr.**
**Christopher J. Norris**
**Norris Law Firm, LLC**
**P.O. Box 400**
**8 North Oak Street**
**Vidalia, LA 71373**
**(318) 336-1999**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Tabitha Wroten, Guardian For Martha Deen**

**Joseph A. Boothe**
**Smith, Taliaferro & Purvis**
**P.O. Box 298**
**407 Mound Street**
**Jonesville, LA 71373**
**(318) 336-5526**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Ferriday Auto Ventures, LLC d/b/a Lakeside Ford**
    **Brian Jackson**

**H. Minor Pipes, III**
**Stephen L.Miles**
**Patrick J. Lorio**
**Pipes, Miles, Beckman, LLC**
**1100 Poydras Street, Suite 1800**
**New Orleans, LA 70163**
**(504) 322-7070**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Wesco Insurance Company**

**GREMILLION, Judge.**

This docket number, 20-102, which was a writ application pertaining to a partial grant of a motion to strike, was consolidated with 20-387, a writ that we converted to an appeal because it was a final, appealable judgment. For the reasons set forth in 20-387, the judgment of the trial court is reversed.

**REVERSED.**